IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3035 |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN MENDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1.  The motion of the defendant for a hearing pursuant to 18 U.S.C. § 4241, filing 12, is granted and a psychological evaluation shall be conducted and a determination made of the defendant's competency to stand trial.

2.  The defendant is remanded to the custody of the Attorney General of the United States for a competency examination at the Federal Medical Facility, Springfield, Missouri, or other suitable facility, pursuant to the provisions of 18 U.S.C. §§ 4241 and 4247.  Said institution or facility shall submit to the undersigned and all counsel of record a report of the evaluation within 60 days of the defendant's arrival at such facility.

3.  Upon the receipt of a copy of the report required by the above paragraph, counsel shall confer with my secretary to schedule a hearing on the defendant's competency to stand trial.

4.  The United States Marshal shall forthwith, without delay, transport the defendant to the Springfield, Missouri facility, or other suitable facility as identified by the Attorney General of the United States, in accordance with this order, at no cost to the defendant.

5.  Further proceedings in this matter are hereby continued until further order of the court, pending resolution of the matter of defendant's competency.

Dated June 25, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge