IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:07CR3035 |
| v. | ) | |
| JUAN MENDEZ, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

Defendant Juan Mendez shall remain at FMC Butner pending further order of this court.

DATED this 16th day of April, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge