```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3035 |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN MENDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Following a telephone conference with counsel on August 19, 2008, during which counsel suggested that bifurcating the hearing now scheduled for September 3, 2008 may be advantageous, and upon the concurrence of the court to the suggestion,

IT IS ORDERED:

1. The subject of the hearing on September 3, 2008 will be restricted to the question of whether the defendant is competent to stand trial. In the event the defendant is found not competent to stand trial, a separate hearing will be scheduled to address the question of whether he should be involuntarily medicated to restore competence.

2. The clerk need not make arrangements for the videoconference equipment, as the personnel from the Federal Medical Center will not be testifying at the hearing on September 3.

DATED this 20th day of August, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge