```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,        )
                                 )
     Plaintiff,                  )    4:07CR3035
                                 )
     v.                          )
                                 )
JUAN MENDEZ,                     )       ORDER
                                 )
     Defendant.                  )
```

IT IS ORDERED,

The oral motion of counsel for defendant is granted and,

The status conference (possible plea) is continued to December 17, 2008 at 10:00 a.m.

The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, (the time between November 10, 2008 and December 17, 2008) shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).


Dated November 10, 2008.


                              BY THE COURT

                              s/ David L. Piester

                              David L. Piester
                              United States Magistrate Judge