IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3035 |
| | ) | |
| V. | ) | |
| | ) | |
| JUAN MENDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion for enlargement of time and continuance of sentencing (filing 54) is granted.

(2) The defendant's objections to the presentence report and/or motions to the court are due by Friday, April 17, 2009.

(3) Defendant Mendez's two-hour evidentiary hearing and sentencing are continued to Friday, May 1, 2009, commencing at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 4th day of March, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge