IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3035 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| JUAN MENDEZ, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

With the agreement of counsel for both parties,

IT IS ORDERED that:

(1) The Probation Officer shall submit a revised presentence report on or before May 11, 2009, addressing the question of the knives and the government's withdrawal of its reliance upon the gun.

(2) By the close of business on May 18, 2009, the parties may object to the revised presentence report.

(3) On June 23, 2009, at 12:00 noon, the undersigned will hear evidence and consider arguments regarding the defendant's objection to drug quantity and enhancement for possession of a dangerous weapon, the defendant's departure motion, and other sentencing matters. A sentence will be imposed on that date. The court sets aside two hours to resolve all of these matters and the parties should be prepared to complete their presentations within that time.

(4) There will be no further continuances of this matter.

DATED this 1st day of May, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge